IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD JOHNSON and GAYLA JOHNSON | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 02-CV-3932 |
| Plaintiffs, | | |
| v. | | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | | ENTRY OF APPEARANCE |
| Defendants. | | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____    _____
Hope S. Freiwald                                   Aline Fairweather



_____    _____
Alison T. Conn                                      Kirstin J. Miller



Dated:  August 19, 2002                 DECHERT PRICE & RHOADS
                                                                                4000 Bell Atlantic Tower
                                                                               1717 Arch Street
                                                                               Philadelphia, PA  19103-2793
                                                                               (215) 994-4000